BENJAMIN M. JOHNSON, CA STATE BAR NO. 294756
BLAINE R. COX, CA STATE BAR NO. 306192
BERLINER COHEN, LLP
1601 I STREET, FIFTH FLOOR
MODESTO, CALIFORNIA 95354-1128
TELEPHONE: (209) 576-0111
FACSIMILE: (209) 576-1076
benjamin.johnson@berliner.com
blaine.cox@berliner.com

ATTORNEYS FOR Defendant VH DESIGN GROUP, INC.
DBA VVH CONSULTING ENGINEERS; MICHAEL HAYES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY S. KESSLER, an individual; BK-INDUSTRIES, Inc., a California Corporation; AG-K PROPERTIES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ATWATER, a Municipal Corporation; CITY OF ATWATER BUILDING DEPARTMENT; GREG THOMPSON, an individual; MARK PEREIDA, an individual; STEPHANIE RUIZ, an individual; MICHAEL NELSON, an individual; JACQUYN "JACKI" LOPEZ, an individual; MICHAEL HAYES, an individual; VH DESIGN GROUP, INC., doing business as VVH CONSULTING ENGINEERS; RHYOLITE DEVELOPMENT & CONSTRUCTION, INC., a California Corporation and DOES 1-50,<br><br>Defendants. | CASE NO. 1:25-CV-00288-SKO<br><br>ORDER GRANTING STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO RESPOND TO THE FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 6, AND LOCAL RULE 144<br><br>(Doc. 6) |

Based on the parties' stipulation, (Doc. 6), and for good cause shown,

IT IS HEREBY ORDERED, that Defendants CITY OF ATWATER, CITY OF ATWATER BUILDING DEPARTMENT, GREG THOMPSON, MARK PEREIDA, STEPHANIE RUIZ, MICHAEL NELSON, JACQUYN "JACKI" LOPEZ, MICHAEL HAYES, and VH DESIGN GROUP, INC. d.b.a. VVH CONSULTING ENGINEERS, shall file their

-1-

4908-5097-7576v1
BCOX\27682002

ORDER GRANTING STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO RESPOND TO THE FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 6, AND LOCAL RULE 144

pleadings responsive to Plaintiffs BRADLEY S. KESSLER, BK-INDUSTRIES, INC, and AG-K PROPERTIES, LLC's First Amended Complaint, (*see* Doc. 1), on or before March 20, 2025.

IT IS SO ORDERED.

Dated:    **March 13, 2025**                    */s/ Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE

-2-

Order Granting stipulation to extend the time for Defendants to Respond to the First Amended Complaint Pursuant to Federal Rules of Civil Procedure, Rule 6, and Local Rule 144

4908-5097-7576v1
BCOX\27682002