1    KEVIN FLAUTT, Bar No. 257892
     kevin.flautt@bbklaw.com
2    OLIVIA CLARK, Bar No. 316689
     olivia.clark@bbklaw.com
3    BEST BEST & KRIEGER LLP
     500 Capitol Mall, Suite 2500
4    Sacramento, California  95814
     Telephone:    (916) 325-4000
5    Facsimile:     (916) 325-4010

6    Attorneys for Defendants
     CITY OF ATWATER, CITY OF ATWATER
7    BUILDING DEPARTMENT, GREG THOMPSON,
     MARK PEREIDA, STEPHANIE RUIZ, MICHAEL
8    NELSON, and JACQYUN "JACKI" LOPEZ

9                    UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11

12   BRADLEY S. KESSLER, an individual; BK-       Case No. 1:25-cv-00288-JLT-SKO
     INDUSTRIES, Inc., a California Corporation;
13   AG-K PROPERTIES, LLC,                         **ORDER GRANTING STIPULATION
                                                   TO INCREASE BRIEFING PAGE
14                   Plaintiffs,                   LIMIT AND EXTEND TIME FOR
                 v.                                PARTIES TO RESPOND AND REPLY
15   CITY OF ATWATER, a Municipal                  TO MOTIONS**
     Corporation; CITY OF ATWATER
16   BUILDING DEPARTMENT; GREG                     (Doc. 20)
     THOMPSON, an individual; MARK
17   PEREIDA, an individual; STEPHANIE RUIZ,
     an individual; MICHAEL NELSON, an
18   individual; JACQUYN "JACKI" LOPEZ, an
     individual; MICHAEL HAYES, an individual;
19   VH DESIGN GROUP, INC., doing business as
     VVH CONSULTING ENGINEERS;
20   RHYOLITE DEVELOPMENT &
     CONSTRUCTION, INC., a California
21   Corporation and DOES 1-50,

22                   Defendants.

23          The Court is in receipt of the parties' "Stipulation to Increase Briefing Page Limit and

24   Extend Time for Parties to Respond and Reply to Motions." (Doc. 20).  In light of the parties'

25   stipulation, and for good cause shown, **IT IS HEREBY ORDERED** that:

26          1.     Plaintiffs Bradley S. Kessler, BK-Industries, Inc., and AG-K Properties, LLC

27                 (collectively, "Plaintiffs") are permitted **FIVE (5)** additional pages for any

28                 opposing brief to Defendants City of Atwater, City of Atwater Building

1    Department, Greg Thompson, Mark Pereida, Stephanie Ruiz, Michael Nelson,

2    Jacquyn "Jacki" Lopez, Michael Hayes, and VH Design Group, Inc. dba VVH

3    Consulting Engineers (collectively, "Defendants") motions to dismiss and motion

4    to strike (collectively, "Motions"). Each opposing brief to the Motions filed by

5    Plaintiffs shall not exceed thirty (30) pages.

6       2.    Defendants are each permitted **FIVE (5)** additional pages for each reply brief to the

7    Motions. Each reply brief to the Motions filed by Defendants shall not exceed

8    fifteen (15) pages.

9       3.    The time for Plaintiffs to respond to the Motions is **EXTENDED** up to and

10   including April 24, 2025.

11      4.    The time for Defendants to reply to the Motions is **EXTENDED** up to and

12   including May 27, 2025.

13      5.    The hearing currently scheduled for April 24, 2025 is **CONTINUED** to June 3,

14   2025 at 09:00 AM in Courtroom 4 (JLT) before District Judge Jennifer L. Thurston.

15

16   IT IS SO ORDERED.

17   Dated:    **March 31, 2025**                    /s/ *Sheila K. Oberto*

18                                     UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28