KEVIN FLAUTT, Bar No. 257892
kevin.flautt@bbklaw.com
OLIVIA CLARK, Bar No. 316689
olivia.clark@bbklaw.com
BEST BEST & KRIEGER LLP
500 Capitol Mall, Suite 2500
Sacramento, California 95814
Telephone: (916) 325-4000
Facsimile: (916) 325-4010

Attorneys for Defendants
CITY OF ATWATER, CITY OF ATWATER BUILDING DEPARTMENT, GREG THOMPSON, MARK PEREIDA, STEPHANIE RUIZ, MICHAEL NELSON, and JACQYUN "JACKI" LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BRADLEY S. KESSLER, an individual; BK-INDUSTRIES, Inc., a California Corporation; AG-K PROPERTIES, LLC,

Plaintiffs,

v.

CITY OF ATWATER, a Municipal Corporation; CITY OF ATWATER BUILDING DEPARTMENT; GREG THOMPSON, an individual; MARK PEREIDA, an individual; STEPHANIE RUIZ, an individual; MICHAEL NELSON, an individual; JACQUYN "JACKI" LOPEZ, an individual; MICHAEL HAYES, an individual; VH DESIGN GROUP, INC., doing business as VVH CONSULTING ENGINEERS; RHYOLITE DEVELOPMENT & CONSTRUCTION, INC., a California Corporation and DOES 1-50,

Defendants.

Case No. 1:25-cv-00288-JLT-EGC

**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT, INCREASE BRIEFING PAGE LIMIT AND EXTEND TIME FOR PARTIES TO RESPOND AND REPLY TO MOTIONS**

Doc. 59

The Court has received the Stipulation To Extend Time To Respond To Second Amended Complaint, Increase Briefing Page Limit And Extend Time For Parties To Respond And Reply To Motions. (Doc. 59). Good cause appearing to the Court,

**IT IS HEREBY ORDERED** that:

1. The Court grants a 28-day extension of time to respond to the Second Amended Complaint filed by Plaintiffs on October 16, 2026, Doc. 56, such that Defendants' CITY OF ATWATER, a Municipal Corporation; CITY OF ATWATER BUILDING DEPARTMENT; GREG THOMPSON, an individual; MARK PEREIDA, an individual; STEPHANIE RUIZ, an individual; MICHAEL NELSON, an individual; JACQUYN "JACKI" LOPEZ, an individual; MICHAEL HAYES, an individual; and VH DESIGN GROUP, INC., doing business as VVH CONSULTING ENGINEERS ("Defendants") responsive pleadings will be due on Friday, November 27, 2026.
2. The Court extends the time for Plaintiffs to oppose any motions filed by Defendants to 21 days, and permits 30 pages of briefing for each opposition to any motion.
3. The Court further extends the time by which Defendants may reply to any opposition to 21 days and permits 20 pages of briefing on reply to address the increased opposition (or oppositions) brief size.

IT IS SO ORDERED.

Dated: **October 23, 2026**

Erin Sny Castillo
UNITED STATES MAGISTRATE JUDGE